IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re RONALD LEE CANADA,  No. C-12-5370 TEH (PR)

_____/

RONALD CANADA,  No. C-12-5455 TEH (PR)

    Plaintiff,

       v.  ORDER NOTIFYING PLAINTIFF TO FILE COMPLAINTS AND <u>IN FORMA PAUPERIS</u> APPLICATIONS

PSYCHIATRIC SERVICES UNIT,

    Defendant.

_____/

       On October 17, 2012, Plaintiff Ronald Lee Canada, an inmate currently housed at Pelican Bay State Prison (PBSP), commenced case number C 12-5370 TEH when he filed a one-page letter with the Court alleging that Officer Nelson at the California State Prison at Sacramento New Folsom retaliated against him for filing lawsuits and denied him access to the Court. C 12-5370 TEH, Doc. #1. On October 22, 2012, Plaintiff commenced case number C 12-5455 TEH when he filed a one-page letter with the Court alleging that PBSP clinician Beegle introduced false information into Plaintiff's mental health assessment report. C 12-5455 TEH, Doc. #1.

       In both cases, the Court sent Plaintiff a notice to complete his <u>in forma pauperis</u> application within thirty days of the

date of the notice or the case would be dismissed.  However, in neither case did the Court send Plaintiff a notice that, in order to open a case, he must complete the official form complaint for a civil rights action under 42 U.S.C. § 1983.  Therefore, this Order provides Plaintiff notice that to open a case for each letter he sent to the Court, he must file an official civil rights complaint.  On the front page of each complaint, Plaintiff is to put the correct case number and the party or parties he is suing.  Plaintiff must succinctly state the conduct of each Defendant that violated his federally-protected civil rights.

The complaints in both cases are due thirty days from the date of this Order.  The deadline for Plaintiff's _in forma pauperis_ applications shall be extended to match the deadlines for the complaints.  The Clerk of the Court shall send to Plaintiff, along with this order, two form civil rights complaints.

IT IS SO ORDERED.

DATED   _11/07/2012_

THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\CR.12\Canada 12-5370 12-5455 Notice.wpd

**2**