IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re RONALD LEE CANADA,           No. C-12-5370 TEH (PR)
_____/
RONALD CANADA,                  No. C-12-5455 TEH (PR)

    Plaintiff,

       v.                      ORDER OF DISMISSAL

PSYCHIATRIC SERVICES UNIT,

    Defendant.
_____/

    On October 17, 2012, Plaintiff Ronald Lee Canada, an inmate currently housed at Pelican Bay State Prison (PBSP), commenced case number C 12-5370 TEH when he filed a one-page letter with the Court alleging that Officer Nelson at the California State Prison at Sacramento New Folsom retaliated against him for filing lawsuits and denied him access to the Court. C 12-5370 TEH, Doc. #1. On October 22, 2012, Plaintiff commenced case number C 12-5455 TEH when he filed a one-page letter with the Court alleging that PBSP clinician Beegle introduced false information into Plaintiff's mental health assessment report. C 12-5455 TEH, Doc. #1.

    In both cases, the Court sent Plaintiff a notice to complete his in forma pauperis (IFP) application within thirty days

of the date of the notice or the case would be dismissed. The IFP applications were due on November 26, 2012. On November 8, 2012, the Court notified Plaintiff that he was required to file a complaint in each case in addition to his IFP applications. The deadline for filing the complaints was December 7, 2012. The Court also re-set the deadline for filing the IFP applications to December 7, 2012, so that all documents would be due on the same date.

To date, Plaintiff has filed no other documents in these cases. The deadline to file the IFP applications and complaints has passed, and Plaintiff has not filed a complaint or IFP application in either case. These actions, therefore, are DISMISSED WITHOUT PREJUDICE for failure to file a complaint and IFP application.

The Clerk shall terminate all pending motions as moot and close the files.

IT IS SO ORDERED.

DATED    *01/07/2013*

THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\CR.12\Canada 12-5370 12-5455 DIS.wpd

2